## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3900    Assigned/Issued By: J.N.

Judge Name: ST. EVE    Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2919221

Date Payment Rec'd: 07/09/08    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons         _____
                                               _____
                                               *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____                  _____
        *(Type of Writ)*                       _____
                                               *(Type of issuance)*

1 Original and 0 copies on 7-9-08 as to DEFENDANT
                           *(Date)*